IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FRED ANTHONY MERRILL,<br>BOP Reg. # 09540-003,<br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | )<br>)<br>)<br>) CIVIL ACTION NO. 1:18-00263-WS<br>)<br>) CRIMINAL ACTION NO. 1:06-00161-WS-N<br>)<br>) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 86) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated April 30, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Fred Anthony Merrill's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 72, *as supplemented by* Doc. 82) is **DENIED** and **DISMISSED with prejudice** as without merit.  It is further **ORDERED** that Merrill is not entitled to a Certificate of Appealability in relation to this final adverse order.  Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith.  Thus, Merrill is not entitled proceed *in forma pauperis* on appeal.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 16th day of November 2020.

s/WILLIAM H. STEELE  
**UNITED STATES DISTRICT JUDGE**